UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 07 B 20538
   ANGELITA C ELLISON

                                        CHAPTER 13

                                        JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-2939

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/02/07 and confirmed on 02/06/08.

    2.  The case was dismissed after confirmation, 12/05/2008.

    3.  The Debtor paid a total of $   2760.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SANTANDER CONSUMER USA | SECURED VEHIC | 10012.19 | 563.82 | 1135.54 |
| NELNET FOR COLLEGE ACCES | UNSECURED | .00 | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | 1201.90 | .00 | .00 |
| CNAC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EXPRESS | UNSECURED | 244.40 | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 481.40 | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 152.19 | .00 | .00 |
| MLGW | UNSECURED | 298.50 | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | 688.07 | .00 | .00 |
| MRG | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE OF ILL | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOANS LLC | UNSECURED | 738.96 | .00 | .00 |
| AFNI/ VERIZON WIRELESS | UNSECURED | 1206.45 | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 324.08 | .00 | .00 |

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | UNSECURED | 47.79 | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | 511.71 | .00 | .00 |

             Summary of disbursements:
--------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10012.19 | 324.08 | 5571.37 | .00 | 15907.64 |

```
PRINCIPAL PAID         1135.54        .00        .00        .00    1135.54
INTEREST PAID           563.82        .00        .00        .00     563.82
TOTAL PAID             1699.36        .00        .00        .00    1699.36
```

The Debtor's attorney, ERNESTO D BORGES JR            , was allowed $    3500.00
and was paid $     300.00   direct and $     910.27   through the plan.

The Trustee received $     150.37 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/12/09                /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE